**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **POPILUSH LLC**  *Plaintiff*,  v.  **THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"**  *Defendants.* | Case No. |

## NOTICE OF CLAIMS INVOLVING PATENTS

Pursuant to 35 U.S.C. § 290 and Local Rule 3.4, Plaintiff Popilush LLC provides notice of claims involving patents:

1. Names and Addresses of Litigants:

    a. Plaintiff:

    > Popilush LLC
    > 575 8th Avenue, Suite 608
    > New York, NY, 10018, USA.

    b. Defendants:

    > The Partnerships and Unincorporated Associations Identified on Schedule "A"
    > Addresses Unknown

2. Names of Inventors:

    a. ███████████████████████

3. U.S. Patent upon which suit has been brought:

    a. ███████████████████████████████

|  |  |
|---|---|
| Dated: December 23, 2025 | */s/ Nicholas J. Ronaldson* |
|  | Nicholas J. Ronaldson |
|  | nronaldson@mayerbrown.com |
|  | MAYER BROWN LLP |
|  | 71 S. Wacker Drive |
|  | Chicago, IL 60606 |
|  | T: (312) 623-7056 |
|  |  |
|  | Gary M. Hnath* |
|  | ghnath@mayerbrown.com |
|  | Wm. Brady Nash* |
|  | bnash@mayerbrown.com |
|  | MAYER BROWN LLP |
|  | 1999 K Street N.W. |
|  | Washington, D.C. 20006 |
|  | T: 1 202 263 3040 |
|  |  |
|  | *Counsel for Popilush LLC* |
|  | * *pro hac vice* pending |