IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **POPILUSH LLC**<br><br>*Plaintiff*,<br><br>v.<br><br>**THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"**<br><br>*Defendants.* | Case No. |

**Declaration of Nicholas J. Ronaldson in Support of Popilush's Motion for Leave to Serve Defendants by Electronic Means**

1. Offshore e-commerce operators who sell infringing goods usually (1) list false or incomplete names and addresses to hide their locations and avoid liability, and (2) rely on electronic communications with service providers and customers, showing that email is a reliable way to reach them.

2. An investigation of the Seller Aliases listed in Schedule A shows that their identifying information is either incomplete, missing, unreliable, or inaccurate.

3. Online marketplaces such as eBay, AliExpress, Amazon, Walmart, Wish.com, Etsy, DHgate, and Temu require sellers to provide an email and address.

4. Sellers can input any address, making the result often false or incomplete. Even when available, a physical address is not a reliable means of notice.

5. Defendants must maintain valid email accounts to accept payments and manage their stores. They also use email to monitor their sites and communicate with customers.

I declare under penalty of perjury that the content of this declaration is true and to the best of my knowledge as of the date of this declaration based on the investigation to date. I reserve all rights to amend this declaration.

Dated: December 23, 2025  /s/ Nicholas J. Ronaldson
Nicholas J. Ronaldson