IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **POPILUSH LLC**<br><br>    *Plaintiff*,<br><br>v.<br><br>**THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"**<br><br>    *Defendants.* | Case No. |

### PLAINTIFF'S MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL

Plaintiff Popilush LLC requests temporary *ex parte* relief in this action for patent infringement, copyright infringement, and violations of the Lanham Act. Sealing is necessary to prevent Defendants from discovering these proceedings prior to the execution of the temporary restraining order. If Defendants discover this suit before these items are sealed, Defendants may destroy relevant documentary evidence, transfer their assets to foreign jurisdictions, and abscond with ill-gotten gains from their infringing sales—frustrating the purpose of the law and interfering with the Court's equitable power to grant relief. Once the temporary restraining order has been served on the relevant parties and the requested actions have been taken, Popilush will move to unseal these documents.

Popilush therefore requests leave to file the following documents and information under temporary seal:

1. Defendants' identities and Plaintiff's intellectual property identified in the Complaint, Notice of Claims Involving Patents, and Memorandum of Law in Support of Popilush's Motion for Ex Parte Temporary Restraining Order, Preliminary Injunction, Asset Restraint, and Expedited Discovery, along with the corresponding declarations;

2. Schedule A to the Complaint, which lists the fully interactive e-commerce stores operating under the seller aliases and the corresponding e-commerce store URLs on the online marketplaces;
3. Information identifying Plaintiff's intellectual property, including screenshot printouts showing the e-commerce stores operating under the seller aliases, their infringing activities, products, and unlawful conduct, as well as information identifying Defendants' infringing conduct, targeting, and tracking methods. This includes Exhibits 1–4 and 8–15 to the Complaint, and the exhibits and declarations submitted in support of Popilush's Motion for Ex Parte Temporary Restraining Order, Preliminary Injunction, Asset Restraint, and Expedited Discovery.

Dated: December 23, 2025

/s/ Nicholas J. Ronaldson
Nicholas J. Ronaldson
nronaldson@mayerbrown.com
MAYER BROWN LLP
71 S. Wacker Drive
Chicago, IL 60606
T: (312) 623-7056

Gary M. Hnath*
ghnath@mayerbrown.com
Wm. Brady Nash*
bnash@mayerbrown.com
MAYER BROWN LLP
1999 K Street N.W.
Washington, D.C. 20006
T: 1 202 263 3040
*Counsel for Popilush LLC*
* *pro hac vice* pending