IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **POPILUSH LLC** *Plaintiff*, v. **THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"** *Defendants.* | Case No. 1:25-cv-15642 |

**MOTION TO INCREASE PAGE LIMIT OF MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S EX PARTE MOTION FOR ENTRY OF A TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION, ASSET RESTRAINT, AND EXPEDITED DISCOVERY**

Plaintiff Popilush LLC seeks an increased page limit for its memorandum of law in support of its motion for an *ex parte* temporary restraining order, preliminary injunction, asset restraint, and expedited discovery. The motion is based on claims of patent infringement, copyright infringement, false designation of origin, and unjust enrichment arising from Plaintiff's patent and multiple copyright registrations against multiple defendants.

To fully support its motion—and to address complex issues requiring careful explanation—Plaintiff has prepared a thirty-four (34) page memorandum of law explaining why relief should be granted on these claims. The memorandum also includes images and screenshots throughout to assist the Court.

Accordingly, good cause exists for the requested relief. Plaintiff respectfully asks that the Court increase the page limit from fifteen (15) pages to thirty-four (34) pages, excluding the Table of Contents and Table of Authorities, so that Plaintiff may fully present its motion and supporting memorandum in accordance with Local Rule 7.1.

Dated: December 30, 2025

*/s/ Nicholas J. Ronaldson*
Nicholas J. Ronaldson
nronaldson@mayerbrown.com
MAYER BROWN LLP
71 S. Wacker Drive
Chicago, IL 60606
T: (312) 623-7056

Gary M. Hnath*
ghnath@mayerbrown.com
Wm. Brady Nash*
bnash@mayerbrown.com
MAYER BROWN LLP
1999 K Street N.W.
Washington, D.C. 20006
T: 1 202 263 3040
*Counsel for Popilush LLC*
*\* pro hac vice* pending