IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **POPILUSH LLC**<br><br>*Plaintiff*,<br><br>v.<br><br>**THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"**<br><br>*Defendants.* | Case No. 1:25-cv-15642 |

## POPILUSH LLC'S MOTION FOR TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION, ASSET RESTRAINT, AND EXPEDITED DISCOVERY

Plaintiff Popilush LLC seeks an ex parte temporary restraining order and injunction against Defendants to enjoin the manufacture, importation, distribution, offering for sale, and sale of the infringing products. Popilush further seeks a temporary asset restraint and expedited discovery. A Memorandum of Law and declaration in Support of this Motion is filed concurrently.

Dated: December 30, 2025

*/s/ Nicholas J. Ronaldson*
Nicholas J. Ronaldson
nronaldson@mayerbrown.com
MAYER BROWN LLP
71 S. Wacker Drive
Chicago, IL 60606
T: (312) 623-7056

Gary M. Hnath*
ghnath@mayerbrown.com
Wm. Brady Nash*
bnash@mayerbrown.com
MAYER BROWN LLP
1999 K Street N.W.
Washington, D.C. 20006

T: 1 202 263 3040
*Counsel for Popilush LLC*
* *pro hac vice* pending