**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

**POPILUSH LLC**

     *Plaintiff,*

v.

**THE PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"**

     *Defendants.*

Case No. 1:25-cv-15642

**<u>DECLARATION OF WM. BRADY NASH IN SUPPORT OF POPILUSH LLC'S EX
PARTE MOTION FOR TEMPORARY RESTRAINING ORDER, PRELIMINARY
INJUNCTION, ASSET RESTRAINT, AND EXPEDITED DISCOVERY</u>**

Dated: December 30, 2025

*/s/ Wm. Brady Nash*
Wm. Brady Nash