**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Popilush LLC v. The Partnerships and Unincorporated Associations Identified on Schedule "A"

Case Number: 1:25-cv-15642

An appearance is hereby filed by the undersigned as attorney for:

Popilush LLC

Attorney name (type or print): Weaver, Wade Guthrie

Firm: Mayer Brown LLP

Street address: 71 S. Wacker

City/State/Zip: Chicago, Illinois, 60606

Bar ID Number: 6301475
(See item 3 in instructions)

Telephone Number: +1 312 701 8648

Email Address: wweaver@mayerbrown.com

| Question | Answer |
|---|---|
| Are you acting as lead counsel in this case? | ✔ Yes ☐ No |
| Are you a member of the court's general bar? | ✔ Yes ☐ No |
| Are you a member of the court's trial bar? | ☐ Yes ✔ No |
| Are you appearing *pro hac vice*? | ☐ Yes ✔ No |
| If this case reaches trial, will you act as the trial attorney? | ☐ Yes ✔ No |

If this is a criminal case, check your status.

☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 12-January-2026

Attorney signature: S/ Wade Weaver
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023