## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

|  |  |
|---|---|
| **POPILUSH LLC** <br><br> *Plaintiff,* <br><br> v. <br><br> **THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"** <br><br> *Defendants.* | Case No. 1:25-cv-15642 <br><br> Honorable Thomas M. Durkin |

## <u>PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION</u>

Plaintiff Popilush LLC moves for a preliminary injunction against the Defendants remaining in this action which are identified in Schedule A to the Complaint and as specified below in Table 1. Dkt. No. 1 at Schedule A. The scope of the preliminary injunction is identical to the temporary restraining order ("TRO") entered on January 29, 2026. Dkt. No. 40. In support of its motion, Plaintiff files a memorandum of law and a declaration of Wm. Brady Nash.

2

Dated: February 18, 2026

*/s/ Wm. Brady Nash*
Gary M. Hnath*
ghnath@mayerbrown.com
Wm. Brady Nash*
bnash@mayerbrown.com
MAYER BROWN LLP
1999 K Street N.W.
Washington, D.C. 20006
T: 1 202 263 3040
*Counsel for Popilush LLC*
* pro hac vice

Wade Weaver
wweaver@mayerbrown.com
MAYER BROWN LLP
71 S. Wacker Drive
Chicago, IL 60606
T: (312) 623-7056

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing will be electronically filed with the Clerk of Court using the CM/ECF system, published on a website, and emailed to all known addresses associated with the Infringing Products identified in Table 1 hereto with a link to that website.


Dated: February 18, 2026                  */s/ Wm. Brady Nash*
                                          Wm. Brady Nash

# Table 1

| Seller Alias No. | Seller Alias | Exemplar Infringing Product Listing |
|---|---|---|
| 1 | Wisheine | https://www.temu.com/login.html?from=https%3A%2F%2Fwww.temu.com%2Fwomens-elegant-lace-shapewear-bodycon-dresshigh-support-backless-long-cocktail-shaper-with-spaghetti-straptummy-control-butt-lifting-starry-pattern-high-thigh--15-minutedaily-wear-for-parties-night-out-special-occasions-2025--noundergarments-needed-shapewear-for-women-tummy-controlshapewear-body-shapewear-seamless-design-durableconstruction-breathable-fabric-highth-support-dresse-for-womenwomen-dresse-dres-slip-for-women-under-dres-g-601103556058659.html%3Ftop_gallery_url%3Dhttps%253A%252F%252Fim&login_scene=2&refer_page_name=goods&refer_page_id=10032_1769469889154_ujaxqfdmew&refer_page_sn=10032&_x_sessn_id=604a3he71vg.kwcdn.com%2Fproduct%2Ffancy%2Fa22ec4e6-e462-488c-9378-7e88682f4e77.jpg&spec_id=3002&spec_gallery_id=317139&refer_page_sn=10032&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=MzA3Mg&_oak_gallery_order=488667245%2C521153232%2C427862727%2C1626903696%2C159703572&_oak_mp_inf=EKO8up%2B11ogBGiAzNTgzZTM3Njg5MDU0MjE5OTM4ZjE3NzNhOTI0NWNlZiCgh8GUnTM%3D&spec_ids=3002&search_key=built%20in%20shapewear%20dress%20maxi&refer_page_el_sn=200049&_x_sessn_id=k31bybw851&refer=&refer_page_name=goods&refer_page_id=10032_1766514108883_9396z616qs |
| 2 | Yiwu Yiyun Clothing Co., Ltd. | https://www.alibaba.com/product-detail/Yiyun-Custom-2024-Women-s-Seamless_1601010939312.html?spm=a2700.shop_plser.41413.1.6d937411T2dPEz |
| 7 | Shenzhen Agilemind E-Commerce Co., Ltd. | https://www.alibaba.com/product-detail/Wholesale-Plus-Size-2-in-1_1600892519529.html?spm=a2700.shop_plser.41413.4.767249c57eOk6O |

4