**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **POPILUSH LLC** | |
| *Plaintiff*, | Case No. 1:25-cv-15642 |
| v. | Honorable Thomas M. Durkin |
| **THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"** | |
| *Defendants.* | |

<u>**PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION FOR PRELIMINARY INJUNCTION**</u>

Plaintiff Popilush LLC ("Plaintiff") submits this Memorandum of Law in support of its

Motion for Preliminary Injunction ("Motion").

**Memorandum of Law**

## I        Introduction

Defendants have violated Popilush's intellectual property—causing it reputational and monetary damages. Defendants knowingly and willfully offer for sale, sell, and import into the United States products that infringe Popilush's intellectual property. Popilush seeks to stop the infringement with this Motion.

## II        Statement of Facts

The Court granted Plaintiff's Ex Parte Motion for a Temporary Restraining Order And Asset Restraint on January 28, 2026 (Dkt. No. 38) and entered the Order on January 29, 2026. *See* Dkt. No. 40 ("TRO"). That same day, the Court also granted Plaintiff's motion for a Sealed Expedited Discovery and Electronic Service Order. *See* Dkt. No. 39 ("Service Order"). The Court authorized Popilush to "provide notice of the proceedings in this case to Defendants, including notice of the preliminary injunction hearing . . . by electronically publishing a link to the Complaint, this Order, and other relevant documents on a website and by sending an e-mail with a link to said website to the e-mail addresses connected to or affiliated with the Defendants' seller aliases listed in Schedule A . . . ." *Id.* ¶3.

Since then, Popilush has been working diligently to ensure compliance with the terms of the order. *See* Dkt. No. 43, at 1. Popilush served the Third Party Provider(s) hosting the product listings being sold by each remaining Defendant. *Id.* However, the process has required additional time to verify information provided by the Third Party Provider(s) and to follow up as necessary to effectuate the terms of the TRO. *Id.* at 2.

Popilush does not seek a preliminary injunction at this time against the Defendants dismissed via its Notice of Voluntary Dismissal (Dkt. No. 36). Popilush otherwise requests that

the Court grant this Motion and enter a preliminary injunction equal in scope with the TRO against the remaining Defendants as identified in Table 1 below. Plaintiff will provide notice to Defendants in accordance with the Service Order. *See* Service Order, ¶¶3-4.

**III      Argument**

      **(a)      The Court should extend the relief it granted in the TRO by granting this preliminary injunction.**

"The standards for issuing a TRO are identical to those for a preliminary injunction." *Gray v. Orr*, 4 F. Supp. 3d 984, 989 (N.D. Ill. 2013).

In deciding a preliminary injunction, Federal Circuit law governs substantive matters unique to patent law, while Seventh Circuit law applies to the remaining non-patent claims. *ABC Corp. I v. P'ship & Unincorporated Associations Identified on Schedule "A"*, 52 F.4th 934, 941 (Fed. Cir. 2022) ("In reviewing the grant or denial of a preliminary injunction, the estimated likelihood of success in establishing infringement is governed by Federal Circuit law . . . while the other factors are governed by the law of the regional circuit[.]") (quotes omitted); *Guizhou Xianozhi Sheep Trading Co. v. Partnerships, & Unincorporated Associations Identified on Schedule A*, Case No. 1:24-cv-04765, 2024 WL 5457388, at *2 (N.D. Ill. Nov. 25, 2024).

"A party seeking to obtain a preliminary injunction must demonstrate: (1) its case has some likelihood of success on the merits; (2) that no adequate remedy at law exists; and (3) it will suffer irreparable harm if the injunction is not granted." *Ty, Inc. v. Jones Grp., Inc.*, 237 F.3d 891, 895-96 (7th Cir. 2001). "If the court is satisfied that these three conditions have been met, then it must consider the irreparable harm that the nonmoving party will suffer if preliminary relief is granted, balancing such harm against the irreparable harm the moving party will suffer if relief is denied." *Id.* The Court must then "consider the public interest (non-parties) in denying or granting the injunction." *Id.* "The court then weighs all of these factors . . . engaging in what we term the sliding

scale approach" where "the more likely the plaintiff will succeed on the merits, the less the balance of irreparable harms need favor the plaintiff's position." *Id.*

The same factual and legal grounds that supported the TRO continue to apply—and now do so with even greater force. *See* Dkt. Nos. 14-18. Plaintiff presented a comprehensive legal case showing infringement of its U.S. Patent No. 12,302,954, Copyright Registration Nos. VA 2-367-941, VA 2-369-581, VA 2-370-608, VA 2-370-617, VA 2-374-723, VA 2-375-061, VA 2-375-159, VA 2-375-189, VA 2-377-004, VA 2-374-811, and VA 2-377-013; as well as false designation of origin (U.S. Trademark Registration No. 7,999,098), and claims for unjust enrichment. *See* Compl., Dkt. No. 1, Exs. 1, 3 (patent and copyright infringement contentions); TRO.

Plaintiff presented strong evidence supporting injunctive relief, with clear evidence that Plaintiff has been "Targeted" and is being tracked by online counterfeiters. Dkt. No. 1 Exs. 8-12.



*Id.*, Ex. 11. Those allegations and fears are a reality. Shortly after filing *Popilush LLC v. the Partnerships and Unincorporated Associations Identified on Schedule A*, Case No. 1:25-cv-10581 (N.D. Ill.)—which is a related lawsuit asserting at least some of the same intellectual property asserting in this case—Popilush discovered a public WeChat article—available to all of China—alerting counterfeiters to this very lawsuit:

This case represents a comprehensive enforcement action initiated by **Mayer Brown LLP on behalf of Popilush LLC** concerning **copyright, patent, and trademark rights**. As a frequent enforcer, Popilush holds two U.S. patents: one for a **figure-shaping dress** (Patent No. 12302954) and another for thigh-slimming and buttock-lifting pants (Patent No. 11925218), granted on May 20, 2025, and March 12, 2024, respectively. Additionally, Popilush LLC holds six registered trademarks—PL POPILUSH, PL, POPILUSH REDTAG, and IT ALL STARTS INSIDE—covering both graphic and word marks across 24 and 25 classes, including apparel. The company further secured 28 **copyright registrations** on November 10, 2023, encompassing **hundreds of product display images**. Cross-border sellers should **exercise caution** when selecting products **to avoid being flagged by TRO and having their accounts frozen**.

*Id*. at Dkt. No. 43-2 (emphasis added).

This public WeChat blast included screenshots of the Court's docket page, identification

of Popilush's intellectual property, and instructions for counterfeiters "to avoid being flagged by

TRO and having their accounts frozen."



*Id*, at 5.

While Popilush has diligently sought compliance, delays from Third Party Providers in

verifying information and freezing accounts warrant the continuation of relief. *See* Dkt. No. 43 at

2-3  (citing *XYZ Corp., et al. v. The Individuals...*, Case No. 24-cv-01705, Dkt. No. 34 (June 18,

2024)). The risk to Plaintiff remains high. That certain Defendants may have already shut down

their online stores or attempted to evade the asset freeze underscores the need for immediate entry

of a preliminary injunction.

Courts in this District consistently hold that a preliminary injunction is warranted to preserve the status quo and protect a plaintiff's lawful rights when faced with mass online counterfeiting and knockoff goods. *Audiowear Tech. Corp. v. The, Parternships, Corporations, And Unincorporated Associations Identified In Schedule A*, Case No. 1:24-cv-11797, Dkt. No. 44 (Mar. 4, 2025) ("Plaintiff's motion for entry of a preliminary injunction … is granted"; 104 defendants originally identified in Schedule A) (Wood, J.); *Illumafinity, LLC v. The Partnerships And Unincorporated Associations Identified In Schedule A*, Case No. 1:23-cv-15551, Dkt. No. 47 (Mar. 19, 2024) (granting motion for preliminary injunction; 25 defendants originally identified in Schedule A) (Bucklo, J.); *Deckers Outdoor Corp. v. The Partnerships And Unincorporated Associations Identified On Schedule "A"*, Case No. 1:21-cv-5420, Dkt. No. 35 (Nov. 23, 2021) (granting motion for preliminary injunction; 108 defendants originally identified in Schedule A) (Rowland, J.); *Sandisk LLC v. The Partnerships And Unincorporated Associations Identified On Schedule "A"*, Case No. 1:21-cv-2692, Dkt. No. 35 (July 14, 2021) (granting motion for preliminary injunction; 10 defendants originally identified in Schedule A) (Valderrama, J.); *see also Pathway IP LLC, v. The Individuals, Corporations, Limited Liab. Companies, Partnerships, and Unincorporated Associations Identified on the Attached Schedule A*, Case No. 1:24-cv-5218, Dkt. No. 99 (Aug. 15, 2024) (granting motion for preliminary injunction as to all non-appearing defendants; approximately 80 defendants originally identified in Schedule A) (Valderrama, J.); *Christian Dior Couture, S.A. v. P'ships, et al.*, Case No. 21-cv-04828, 2021 WL 6881868, at *1-4 (N.D. Ill. Oct. 19, 2021) ("THIS COURT FURTHER FINDS that **injunctive relief previously granted in the Temporary Restraining Order ('TRO') should remain in place through the pendency of this litigation** and that issuing this Preliminary Injunction is warranted under Federal Rule of Civil Procedure 65.") (Kendall, J.) (emphasis added); *Oakley, Inc. v. P'ships, et al.*, No.

6

20-cv-06676, 2020 WL 9455191, at *1-3 (N.D. Ill. Dec. 11, 2020) (granting motion for preliminary injunction) (Pacold, J.).

Popilush therefore requests that the Court grant this motion for preliminary injunction as to the Defendants identified in Table 1 below.

## IV      Conclusion

Popilush respectfully requests that the Court grant this motion, convert the Temporary Restraining Order into a Preliminary Injunction, and order that the Defendants identified in Table 1 below remain enjoined and their financial accounts frozen for the duration of this action.

Dated: February 18, 2026

/s/ *Wm. Brady Nash*
Gary M. Hnath*
ghnath@mayerbrown.com
Wm. Brady Nash*
bnash@mayerbrown.com
MAYER BROWN LLP
1999 K Street N.W.
Washington, D.C. 20006
T: 1 202 263 3040
Counsel for Popilush LLC
* *pro hac vice*

Wade Weaver
wweaver@mayerbrown.com
MAYER BROWN LLP
71 S. Wacker Drive
Chicago, IL 60606
T: (312) 623-7056

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing will be electronically filed with the Clerk of Court using the CM/ECF system, published on a website, and emailed to all known addresses associated with the Infringing Products identified in Table 1 hereto with a link to that website.

Dated: February 18, 2026          */s/ Wm. Brady Nash*
                                               Wm. Brady Nash

# **Table 1**

| Seller Alias No. | Seller Alias | Exemplar Infringing Product Listing |
|---|---|---|
| 1 | Wisheine | https://www.temu.com/login.html?from=https%3A%2F%2Fwww.temu.com%2Fwomens-elegant-lace-shapewear-bodycon-dresshigh-support-backless-long-cocktail-shaper-with-spaghetti-straptummy-control-butt-lifting-starry-pattern-high-thigh--15-minutedaily-wear-for-parties-night-out-special-occasions-2025--noundergarments-needed-shapewear-for-women-tummy-controlshapewear-body-shapewear-seamless-design-durableconstruction-breathable-fabric-highth-support-dresse-for-womenwomen-dresse-dres-slip-for-women-under-dres-g-601103556058659.html%3Ftop_gallery_url%3Dhttps%253A%252F%252Fim&login_scene=2&refer_page_name=goods&refer_page_id=10032_1769469889154_ujaxqfdmew&refer_page_sn=10032&_x_sessn_id=604a3he71vg.kwcdn.com%2Fproduct%2Ffancy%2Fa22ec4e6-e462-488c-9378-7e88682f4e77.jpg&spec_id=3002&spec_gallery_id=317139&refer_page_sn=10032&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=MzA3Mg&_oak_gallery_order=488667245%2C521153232%2C427862727%2C1626903696%2C159703572&_oak_mp_inf=EKO8up%2B11ogBGiAzNTgzZTM3Njg5MDU0MjE5OTM4ZjE3NzNhOTI0NWNlZiCgh8GUnTM%3D&spec_ids=3002&search_key=built%20in%20shapewear%20dress%20maxi&refer_page_el_sn=200049&_x_sessn_id=k31bybw851&refer=&refer_page_name=goods&refer_page_id=10032_1766514108883_9396z616qs |
| 2 | Yiwu Yiyun Clothing Co., Ltd. | https://www.alibaba.com/product-detail/Yiyun-Custom-2024-Women-s-Seamless_1601010939312.html?spm=a2700.shop_plser.41413.1.6d937411T2dPEz |
| 7 | Shenzhen Agilemind E-Commerce Co., Ltd. | https://www.alibaba.com/product-detail/Wholesale-Plus-Size-2-in-1_1600892519529.html?spm=a2700.shop_plser.41413.4.767249c57eOk6O |